No. 11-7241. **Javier Ochoa Canales, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1155, 132 S. Ct. 1134, 181 L. Ed. 2d 975, 2012 U.S. LEXIS 748.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 7, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11-7255. **In re Elliotte P. Coleman, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1134, 181 L. Ed. 2d 975, 2012 U.S. LEXIS 771.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 7, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11-7445. **Robert Schmidt, et ux., Petitioners v. New Century Mortgage Corporation, et al.**

565 U.S. 1155, 132 S. Ct. 1134, 181 L. Ed. 2d 975, 2012 U.S. LEXIS 736.

January 17, 2012. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners allowed until February 7, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11-7688. **Joseph Kamau Christopher Bey, Petitioner v. North Carolina, et al.**

565 U.S. 1155, 132 S. Ct. 1135, 181 L. Ed. 2d 975, 2012 U.S. LEXIS 796.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 7, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 411 Fed. Appx. 643.

No. 11-7787. **Victor Vevea, Petitioner v. United States.**

565 U.S. 1155, 132 S. Ct. 1135, 181 L. Ed. 2d 975, 2012 U.S. LEXIS 855.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 7, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 446 Fed. Appx. 63.

No. 11-7999. **In re Cynthia Driver, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1135, 181 L. Ed. 2d 975, 2012 U.S. LEXIS 741.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 7, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.